UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Nadine A. Oakley

Case No.: 17-27160 RG
Chapter: 7
Judge: Hon R Gambardella

## NOTICE OF PROPOSED ABANDONMENT

___Jeffrey A. Lester___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___Hon R Gambardella___ on ___January 15, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3E___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 91 Warren Rd., West Orange, NJ    Value about $375,000

Liens on property:    PNC Mortgage    Balance about $450,500

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-27160-RG
Nadine A Oakley                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 3              Date Rcvd: Dec 21, 2018
                               Form ID: pdf905          Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
```
db            +Nadine A Oakley,    91 Warren Road,    West Orange, NJ 07052-1622
517027011    #+Buckley Madole PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517027023     +Eastern Account,    11 Churchill Rd.,    Newtown, CT 06470-1656
517027024     +Eastern Account of CT,    PO Box 837,    Newtown, CT 06470-0837
517027026      First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
517027027     +First Premier Bank,    Attn: Correspondence Department,    PO Box 5525,
               Sioux Falls, SD 57117-5525
517027025     +First Premier Bank,    PO Box 5114,    Sioux Falls, SD 57117-5114
517027030     +Law Office of Frank Martone, ESQ,    1455 Broad Street,    Bloomfield, NJ 07003-3047
517027031      Macy Premier Visa,    PO Box 90096,    West Chester, OH 45071
517027032     +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
517027033      Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
517027034      Macy's,    PO Box 4563,    Carol Stream, IL 60197-4563
517027036     +National Bankruptcy Services,    9441 LBJ Freeway,    Suite 250,    Dallas, TX 75243-4640
517027035     +National Bankruptcy Services,    14841 Dallas Parkway,    Suite 300,    Dallas, TX 75254-7883
517027037     +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517027038     +PNC,    PO Box 747066,    Pittsburgh, PA 15274-7066
517027040     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517027043     +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
517027047     +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
517027041     +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
517027045      PNC Bank,    Attn: Mortgage Service Center,    PO Box 371458,    Summit Hill, PA 18250
517027039     +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
517027042      PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
517198302     +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517027048     +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
517027049      PNC National Bank of NJ,    PO Box 8310,    Philadelphia, PA 19101
517027054     +Recovery Specialist Agency,    PO Box 107,    Glasser, NJ 07837-0107
517027058    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile,    Bankruptcy,    PO Box 37380,    Albuquerque, NM 87176)
517027057    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH 45274)
517027059    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015)
517062940     +VW Credit Inc. dba Audi Financial Services,    C/O VW Credit, Inc.,    PO Box 9013,
               Addison, Texas 75001-9013
517027071     +Wells Fargo,    1310 NW Vivion Road,    Kansas City, MO 64118-4502
517027072     +Wells Fargo Bank,    Attn: National Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
517027073    #+Wells Fargo Bank,    PO Box 28724,    Kansas City, MO 64188-8724
517027074     +Wells Fargo Bank,    420 Montgomery Street,    San Francisco, CA 94104-1298
517027070     +Wells fargo,    PO Box 98796,    Las Vegas, NV 89193-8796
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517027008     +E-mail/Text: EBNProcessing@afni.com Dec 22 2018 01:08:18     Afni,    404 Brook Drive,
               PO Box 3517,    Bloomington, IL 61702-3517
517027009     +E-mail/Text: EBNProcessing@afni.com Dec 22 2018 01:08:19     Afni,    PO Box 3427,
               Bloomington, IL 61702-3427
517027010     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 01:33:21     American Infosource Lp,
               P0 Box 248848,    Oklahoma City, OK 73124-8848
517027013     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 01:13:11     Capital One,
               PO Box 85147,    Richmond, VA 23276-0001
517027012     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 01:14:17     Capital One,
               PO Box 85617,    Richmond, VA 23285-5617
517027014     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 01:14:17     Capital One,
               1957 Westmoreland Rd.,    Richmond, VA 23276-0001
517027015     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 01:14:17     Capital One,
               Bankruptcy,    P0 Box 85167,    Richmond, VA 23285-5167
517027017     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 22 2018 01:08:56     Comcast,
               800 Rahway Avenue,    Union, NJ 07083-6691
517027016     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 22 2018 01:08:56     Comcast,
               PO Box 1809,    Union, NJ 07083-1809
517027018     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2018 01:07:44     Comenity Bank,
               Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
517027022     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 22 2018 01:13:16     Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
517027020     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 22 2018 01:13:17     Credit One Bank,
               P0 Box 80015,    Los Angeles, CA 90080-0015
517027021     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 22 2018 01:13:16     Credit One Bank,
               PO Box 60500,    City Of Industry, CA 91716-0500
```

```
District/off: 0312-2          User: admin              Page 2 of 3                Date Rcvd: Dec 21, 2018
                              Form ID: pdf905          Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517027028      +E-mail/Text: bky@martonelaw.com Dec 22 2018 01:06:46      Frank Martone, ESQ,
                 1455 Broad Street,    Bloomfield, NJ 07003-3068
517027029      +E-mail/Text: collections@greentrustcash.com Dec 22 2018 01:09:07      Greentrust Cash LLC,
                 PO Box 340,    Hays, MT 59527-0340
517230936       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2018 01:13:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517027052       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 01:14:22
                 Portfolio Recovery,    140 Corporate Blvd.,    Norfolk, VA 23502
517027051       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 01:14:23
                 Portfolio Recovery,    140 Corporate Blvd.,    Ste. 1,    Norfolk, VA 23502
517027050       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 01:13:15
                 Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,    Norfolk, VA 23541
517183905       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 01:14:22
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517027053      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 01:33:30
                 Portfolio Recovery Associates, L.L.C.,    PO Box 12914,    Norfolk, VA 23541-0914
517027055      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 01:34:01      Spot Loans,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
517027058       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 22 2018 01:13:26      T-Mobile,
                 Bankruptcy,    PO Box 37380,    Albuquerque, NM 87176
517027057       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 22 2018 01:13:26      T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274
517027059       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 22 2018 01:12:55
                 T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015
517045831      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 01:34:01      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517027068       E-mail/Text: vci.bkcy@vwcredit.com Dec 22 2018 01:08:19      Volkswagen Credit,
                 1401 Franklin Blvd.,    Libertyville, IL 60048
517027065       E-mail/Text: vci.bkcy@vwcredit.com Dec 22 2018 01:08:19      Volkswagen Credit,
                 2333 Waukegan Rd.,    Deerfield, IL 60015
517027066       E-mail/Text: vci.bkcy@vwcredit.com Dec 22 2018 01:08:19      Volkswagen Credit,    PO Box 7498,
                 Libertyville, IL 60048
517027069       E-mail/Text: vci.bkcy@vwcredit.com Dec 22 2018 01:08:19      Volkswagon Credit Inc,
                 1401 Franklin Blvd,    Libertyville, IL 60048
517027062      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 22 2018 01:06:41
                 Verizon,    PO Box 25087,    Wilmington, DE 19899-5087
517133419      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2018 01:32:47      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517027061      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 22 2018 01:06:41
                 Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
517027063      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 22 2018 01:06:41
                 Verizon,    500 Technology Drive,    Saint Charles, MO 63304-2225
517027064      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 22 2018 01:06:41
                 Verizon Bankruptcy,    500 Technology Drive,    Saint Charles, MO 63304-2225
517027067       E-mail/Text: vci.bkcy@vwcredit.com Dec 22 2018 01:08:19      Volkswagen Credit,    PO Box 7572,
                 Libertyville, IL 60048-7572
517027075       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 22 2018 01:07:45
                 World Financial Network Bank,    PO Box 659584,    San Antonio, TX 78265-9584
                                                                                              TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PNC Bank National Association,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
517027019*     +Comenity Bank,   Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
517027046*     +PNC Bank,   2730 LIberty Avenue,    Pittsburgh, PA 15222-4747
517027044*     +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517027056     ##+Spot on Loans,    PO Box 6243,   Logan, UT 84341-6243
517027060     ##+Tsys Total Debt Management , Inc.,    PO Box 6700,    Norcross, GA 30091-6700
                                                                                             TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Dec 21, 2018
                              Form ID: pdf905          Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
          Christian  Del Toro    on behalf of Creditor    PNC Bank National Association
           cdeltoro@martonelaw.com,   mrozea@leopoldassociates.com;bky@martonelaw.com
          Frank J Martone    on behalf of Creditor    PNC Bank National Association bky@martonelaw.com
          Herbert B. Raymond    on behalf of Debtor Nadine A Oakley bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,   NJ19@ecfcbis.com
          Jeffrey  Lester    jlester@bllaw.com,  NJ19@ecfcbis.com
          Kevin Gordon McDonald    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```