Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27160−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nadine A Oakley
91 Warren Road
West Orange, NJ 07052

Social Security No.:
xxx−xx−7669

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/26/19 at 10:00 AM

to consider and act upon the following:

**93** − Motion for Relief from Stay re: 2009 Audi A5, VIN: WAUDK78T29A057694. Fee Amount $ 181. Filed by Kevin Gordon McDonald on behalf of VW Credit Inc. dba Audi Financial Services. Hearing scheduled for 2/20/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Retail Installment Contract # 5 Certificate of Service) (McDonald, Kevin)

Dated: 2/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court