Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27160−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nadine A Oakley
    91 Warren Road
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−7669

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/26/19 at 10:00 AM

to consider and act upon the following:

*93* – Motion for Relief from Stay re: 2009 Audi A5, VIN: WAUDK78T29A057694. Fee Amount $ 181. Filed by Kevin Gordon McDonald on behalf of VW Credit Inc. dba Audi Financial Services. Hearing scheduled for 2/20/2019 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Retail Installment Contract # 5 Certificate of Service) (McDonald, Kevin)

Dated: 2/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Nadine A Oakley  
    Debtor

Case No. 17-27160-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 08, 2019  
                      Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.  
db          +Nadine A Oakley,    91 Warren Road,    West Orange, NJ 07052-1622  
cr          +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:  
         Christian  Del Toro    on behalf of Creditor    PNC Bank National Association  
          cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
         Frank J Martone    on behalf of Creditor    PNC Bank National Association bky@martonelaw.com  
         Herbert B. Raymond    on behalf of Debtor Nadine A Oakley bankruptcy123@comcast.net,  
          jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
         Jeffrey  Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com  
         Jeffrey  Lester    jlester@bllaw.com, NJ19@ecfcbis.com  
         Kevin Gordon McDonald    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services  
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 7