**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nadine A Oakley<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7669<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–27160–RG

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nadine A Oakley

2/22/19    **By the court:**   Rosemary Gambardella
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-27160-RG
Nadine A Oakley                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3           Date Rcvd: Feb 22, 2019
                             Form ID: 318             Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
```
db           +Nadine A Oakley,    91 Warren Road,    West Orange, NJ 07052-1622
517027011   #+Buckley Madole PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
517027023    +Eastern Account,    11 Churchill Rd.,    Newtown, CT 06470-1656
517027024    +Eastern Account of CT,    PO Box 837,    Newtown, CT 06470-0837
517027030    +Law Office of Frank Martone, ESQ,    1455 Broad Street,    Bloomfield, NJ 07003-3047
517027035    +National Bankruptcy Services,    14841 Dallas Parkway,    Suite 300,    Dallas, TX 75254-7883
517027036    +National Bankruptcy Services,    9441 LBJ Freeway,    Suite 250,    Dallas, TX 75243-4640
517027037    +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517027038    +PNC,    PO Box 747066,    Pittsburgh, PA 15274-7066
517027040    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517027043    +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
517027047    +PNC Bank,    PO Box 609,    Pittsburgh, PA 15230-0609
517027041    +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
517027045     PNC Bank,    Attn: Mortgage Service Center,    PO Box 371458,    Summit Hill, PA 18250
517027039    +PNC Bank,    Attn: Mortgage Service Center,    PO Box 3714558,    Pittsburgh, PA 15250-0001
517027042     PNC Bank,    Attn: Consumer Assistance Team,    PO Box 1326,    Pittsburgh, PA 15230
517198302    +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517027048    +PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
517027049     PNC National Bank of NJ,    PO Box 8310,    Philadelphia, PA 19101
517027054    +Recovery Specialist Agency,    PO Box 107,    Glasser, NJ 07837-0107
517062940    +VW Credit Inc. dba Audi Financial Services,    C/O VW Credit, Inc.,    PO Box 9013,
               Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517027008    +EDI: AFNIRECOVERY.COM Feb 23 2019 04:33:00     Afni,    404 Brook Drive,    PO Box 3517,
               Bloomington, IL 61702-3517
517027009    +EDI: AFNIRECOVERY.COM Feb 23 2019 04:33:00     Afni,    PO Box 3427,
               Bloomington, IL 61702-3427
517027010    +EDI: AIS.COM Feb 23 2019 04:33:00     American Infosource Lp,    P0 Box 248848,
               Oklahoma City, OK 73124-8848
517027013    +EDI: CAPITALONE.COM Feb 23 2019 04:38:00     Capital One,    PO Box 85147,
               Richmond, VA 23276-0001
517027012    +EDI: CAPITALONE.COM Feb 23 2019 04:38:00     Capital One,    PO Box 85617,
               Richmond, VA 23285-5617
517027014    +EDI: CAPITALONE.COM Feb 23 2019 04:38:00     Capital One,    1957 Westmoreland Rd.,
               Richmond, VA 23276-0001
517027015    +EDI: CAPITALONE.COM Feb 23 2019 04:38:00     Capital One,    Bankruptcy,    P0 Box 85167,
               Richmond, VA 23285-5167
517027017    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 23 2019 00:14:46     Comcast,
               800 Rahway Avenue,    Union, NJ 07083-6691
517027016    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 23 2019 00:14:46     Comcast,
               PO Box 1809,    Union, NJ 07083-1809
517027018    +EDI: WFNNB.COM Feb 23 2019 04:38:00     Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,
               Columbus, OH 43218-2686
517027022    +EDI: RCSFNBMARIN.COM Feb 23 2019 04:38:00     Credit One Bank,    PO Box 98873,
               Las Vegas, NV 89193-8873
517027020    +EDI: RCSFNBMARIN.COM Feb 23 2019 04:38:00     Credit One Bank,    P0 Box 80015,
               Los Angeles, CA 90080-0015
517027021    +EDI: RCSFNBMARIN.COM Feb 23 2019 04:38:00     Credit One Bank,    PO Box 60500,
               City Of Industry, CA 91716-0500
517027025    +EDI: AMINFOFP.COM Feb 23 2019 04:38:00     First Premier Bank,    PO Box 5114,
               Sioux Falls, SD 57117-5114
517027026     EDI: AMINFOFP.COM Feb 23 2019 04:38:00     First Premier Bank,    PO Box 5147,
               Sioux Falls, SD 57117-5147
517027027    +EDI: AMINFOFP.COM Feb 23 2019 04:38:00     First Premier Bank,
               Attn: Correspondence Department,    PO Box 5525,    Sioux Falls, SD 57117-5525
517027028    +E-mail/Text: bky@martonelaw.com Feb 23 2019 00:12:32     Frank Martone, ESQ,
               1455 Broad Street,    Bloomfield, NJ 07003-3068
517027029    +E-mail/Text: collections@greentrustcash.com Feb 23 2019 00:15:00    Greentrust Cash LLC,
               PO Box 340,    Hays, MT 59527-0340
517230936     EDI: RESURGENT.COM Feb 23 2019 04:38:00     LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517027031     EDI: TSYS2.COM Feb 23 2019 04:38:00     Macy Premier Visa,    PO Box 90096,
               West Chester, OH 45071
517027034     EDI: TSYS2.COM Feb 23 2019 04:38:00     Macy's,    PO Box 4563,    Carol Stream, IL 60197-4563
517027033     EDI: TSYS2.COM Feb 23 2019 04:38:00     Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
517027032    +EDI: TSYS2.COM Feb 23 2019 04:38:00     Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
```

```
District/off: 0312-2              User: admin              Page 2 of 3              Date Rcvd: Feb 22, 2019
                                  Form ID: 318             Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517027052      EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery,    140 Corporate Blvd.,
               Norfolk, VA 23502
517027051      EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery,    140 Corporate Blvd.,   Ste. 1,
               Norfolk, VA 23502
517027050      EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery,    Attn: Bankruptcy,    P0 Box 41067,
               Norfolk, VA 23541
517183905      EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517027053     +EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery Associates, L.L.C.,    PO Box 12914,
               Norfolk, VA 23541-0914
517027055     +EDI: AIS.COM Feb 23 2019 04:33:00      Spot Loans,    PO Box 248838,
               Oklahoma City, OK 73124-8838
517027058      EDI: AISTMBL.COM Feb 23 2019 04:33:00      T-Mobile,    Bankruptcy,    PO Box 37380,
               Albuquerque, NM 87176
517027057      EDI: AISTMBL.COM Feb 23 2019 04:33:00      T-Mobile,    PO Box 742596,    Cincinnati, OH 45274
517027059      EDI: AISTMBL.COM Feb 23 2019 04:33:00      T-Mobile Bankruptcy Team,    PO Box 53410,
               Bellevue, WA 98015
517045831     +EDI: AIS.COM Feb 23 2019 04:33:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517027068      E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2019 00:14:13      Volkswagen Credit,
               1401 Franklin Blvd.,    Libertyville, IL 60048
517027065      E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2019 00:14:13      Volkswagen Credit,
               2333 Waukegan Rd.,    Deerfield, IL 60015
517027066      E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2019 00:14:13      Volkswagen Credit,    PO Box 7498,
               Libertyville, IL 60048
517027069      E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2019 00:14:13      Volkswagon Credit Inc,
               1401 Franklin Blvd,    Libertyville, IL 60048
517027062     +EDI: VERIZONCOMB.COM Feb 23 2019 04:33:00      Verizon,    PO Box 25087,
               Wilmington, DE 19899-5087
517133419     +EDI: AIS.COM Feb 23 2019 04:33:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517027061     +EDI: VERIZONCOMB.COM Feb 23 2019 04:33:00      Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
517027063     +EDI: VERIZONCOMB.COM Feb 23 2019 04:33:00      Verizon,    500 Technology Drive,
               Saint Charles, MO 63304-2225
517027064     +EDI: VERIZONCOMB.COM Feb 23 2019 04:33:00      Verizon Bankruptcy,    500 Technology Drive,
               Saint Charles, MO 63304-2225
517027067      E-mail/Text: vci.bkcy@vwcredit.com Feb 23 2019 00:14:13      Volkswagen Credit,    PO Box 7572,
               Libertyville, IL 60048-7572
517027071     +EDI: WFFC.COM Feb 23 2019 04:38:00      Wells Fargo,    1310 NW Vivion Road,
               Kansas City, MO 64118-4502
517027073     +EDI: WFFC.COM Feb 23 2019 04:38:00      Wells Fargo Bank,    PO Box 28724,
               Kansas City, MO 64188-8724
517027072     +EDI: WFFC.COM Feb 23 2019 04:38:00      Wells Fargo Bank,    Attn: National Asset Recovery,
               PO Box 701,    Chesterfield, MO 63006-0701
517027074     +EDI: WFFC.COM Feb 23 2019 04:38:00      Wells Fargo Bank,    420 Montgomery Street,
               San Francisco, CA 94104-1298
517027070     +EDI: WFFC.COM Feb 23 2019 04:38:00      Wells fargo,    PO Box 98796,    Las Vegas, NV 89193-8796
517027075      EDI: WFNNB.COM Feb 23 2019 04:38:00      World Financial Network Bank,    PO Box 659584,
               San Antonio, TX 78265-9584
                                                                                               TOTAL: 51

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517027019*      +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
517027046*      +PNC Bank,    2730 LIberty Avenue,    Pittsburgh, PA 15222-4747
517027044*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
517027056      ##+Spot on Loans,    PO Box 6243,    Logan, UT 84341-6243
517027060      ##+Tsys Total Debt Management , Inc.,    PO Box 6700,    Norcross, GA 30091-6700
                                                                                         TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-2          User: admin                Page 3 of 3          Date Rcvd: Feb 22, 2019
                              Form ID: 318               Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              Christian   Del Toro    on behalf of Creditor    PNC Bank National Association
               cdeltoro@martonelaw.com,    bky@martonelaw.com
              Frank J Martone    on behalf of Creditor    PNC Bank National Association bky@martonelaw.com
              Herbert B. Raymond    on behalf of Debtor Nadine A Oakley bankruptcy123@comcast.net,
               raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
               gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;ESQ5622@
               gmail.com
              Jeffrey   Lester     on behalf of Trustee Jeffrey   Lester jlester@bllaw.com,   NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com,   NJ19@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```